

**Lowenstein Sandler**
ATTORNEYS AT LAW

Eric Jesse
**Associate**
Tel 973 597 2576
Fax 973 597 2577
ejesse@lowenstein.com

June 1, 2012

VIA EMAIL
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/12
```

Re:   **Danuta Uchto v. Bryce Markus and Elizabeth Markus
      Case No. 11-5705 (JMF)**

Dear Judge Furman:

This firm represents Defendants in the above-referenced case. On Monday, May 29, 2012, your Honor entered an Order directing the parties to submit letters explaining the basis for the proposed settlement and why it should be approved. The deadline is currently set for June 13, 2012. I will be away for my wedding and honeymoon until June 15, 2012, and therefore respectfully request a one week extension. We conferred with counsel for Plaintiff who consents to this request. There have been no prior requests for an extension.

We thank the Court for its time and consideration.

Respectfully submitted,

*Eric Jesse /nb*

Eric Jesse

cc:   Robert Wisniewski, Esq. (via e-mail)
      Peter Greene, Esq. (via e-mail)

*Application granted.
So ORDERED.

[signature]
June 4, 2012*

24072/3
06/01/12 20708900.1