**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

July 3, 2012

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, NY 10007

*APPLICATION GRANTED*
*/s/ Jesse M. Furman*
Hon. Jesse M. Furman, U.S.D.J.
July 5, 2012

VIA E-MAIL (Furman_NYSDChambers@nysd.uscourts.gov)

Re:  Uchto v. Markus, et al.
     SDNY Docket No.: 11-civ-5705 (JMF)

Dear Judge Furman,

I represent Plaintiff in this matter. I am writing to request an extension of time to provide the Court with my invoice for purposes of attorneys' fees in this matter. The Court has ordered that the information be provided by July 6, 2012. I am requesting an extension to July 12, 2012. Defense counsel has consented to this request.

The reason for the request is that I have not had the opportunity to prepare my invoice in this matter, and I have taken this week off for a much-needed break. I have been burning the candle at both ends for months now due to high turnover in my office, and I simply was not able to finish it beforehand. I would respectfully ask the Court's forbearance and grant me a little more time.

Thank you for your attention to the foregoing.

Sincerely,
--------------/s/-------
Robert Wisniewski (RW-5308)

cc:  Peter D. Greene, Esq. (via e-mail at pgreene@lowenstein.com)
     Eric Jesse, Esq. (via e-mail at ejesse@lowenstein.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/12